JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY ALLEN BRYANT, | ) Case No. CV 10-5752-GW (DTB) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| FRANCISCO QUINTANA, Warden, | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: November 2, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1